**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DESHON LADON MARTIN**                                                                 **PLAINTIFF**

**v.**                     **Case No. 4:23-cv-00081-KGB-JJV**

**PULASKI COUNTY DETENTION CENTER**                                     **DEFENDANT**

**ORDER**

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). Plaintiff Deshon Ladon Martin has not filed any objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, Mr. Martin's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 18th day of November, 2024.

_____
Kristine G. Baker
Chief United States District Judge